Jin Kim, CA Bar # 256328
428 J Street, #280
Sacramento, CA 95814
Telephone: 866-339-1156
Fax: 916-444-8518
Email: jin@legalhelpers.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| Kimberly McShane<br><br>　　　　Plaintiff,<br><br>v.<br><br>Co-operative Adjustment Bureau, Inc.<br><br>　　　　Defendant. | Case No.:<br><br>Judge:<br><br>**COMPLAINT FOR DAMAGES UNDER THE FAIR DEBT COLLECTION PRACTICES ACT AND OTHER EQUITABLE RELIEF**<br><br>**JURY DEMAND ENDORSED HEREIN** |

## PARTIES

1. Plaintiff is a natural person who resided in North Highlands, CA at all times relevant to this action.

2. Defendant is a California corporation that maintained its principal place of business in Pleasant Hill, CA at all times relevant to this action.

## JURISDICTION AND VENUE

3. Pursuant to 28 U.S.C. §1331, this Court has federal question jurisdiction over this matter as it arises under the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §1692 et seq.

4. Pursuant to 28 U.S.C. §1391(b), venue is proper because a substantial part of the events giving rise to this claim occurred in this judicial district.

## STATEMENT OF FACTS

5. At all times relevant to this action, Defendant engaged in the business of consumer debt collection.

6. Defendant regularly uses the telephone and mail to collect consumer debts that Defendant either purchased or had been hired to collect.

7. The principal source of Defendant's revenue is debt collection.

8. Defendant is a "debt collector" as defined by 15 U.S.C. §1692a(6).

9. As described below, Defendant contacted Plaintiff about an obligation that Plaintiff allegedly owed to Ocala Apartments, which had been incurred for personal rather than commercial purposes.

10. This obligation is a "debt" as defined by 15 U.S.C. §1692a(5).

11. As described below, Defendant attempted to collect the debt from Plaintiff, and in so doing, has alleged that Plaintiff owed the debt.

12. Plaintiff is a "consumer" as defined by 15 U.S.C. §1692a(3).

13. On or around May 20, 2011, Defendant telephoned Plaintiff in connection with the collection of the debt and left a message

14. On or around May 20, 2011, Plaintiff telephoned Defendant in response to the above mentioned message.

15. During this communication, Plaintiff stated that Plaintiff was represented by an attorney with respect to the debt and provided Plaintiff's attorney's contact information.

16. Despite receiving this information, Defendant persisted in attempting to collect the debt.

17. During this communication, Defendant falsely represented that Plaintiff "better be filing bankruptcy or we are going to come after you."

18. Plaintiff suffers from post traumatic stress disorder.

19. As a result of Defendant's threat to "come after" Plaintiff, Plaintiff's condition was exacerbated.

20. Defendant caused Plaintiff emotional distress.

21. Defendant violated the FDCPA.

## COUNT ONE

### Violation of the Fair Debt Collection Practices Act

22. Defendant violated 15 U.S.C. §1692e by using false, deceptive, or misleading representations or means in connection with the collection of the debt.

23. In support hereof, Plaintiff incorporates paragraphs 16-17 as if specifically stated herein.

## JURY DEMAND

24. Plaintiff demands a trial by jury.

## PRAYER FOR RELIEF

25. Plaintiff prays for the following relief:

   a. Judgment against Defendant for actual damages, statutory damages, and costs and reasonable attorney's fees pursuant to 15 U.S.C. §1692k.

   b. For such other legal and/or equitable relief as the Court deems appropriate.


RESPECTFULLY SUBMITTED,

Legal Helpers, P.C.

By: /s/ Jin Kim
   Jin Kim (SBN 256328)
   428 J Street, #280
   Sacramento, CA 95814
   Telephone: 866-339-1156
   Fax: 916-444-8518
   Email: jin@legalhelpers.com
   *Attorney for Plaintiff*