# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| Kimberly McShane, | Case No.2:11-cv-02012-JAM-JFM |
| Plaintiffs, | |
| v. | **ORDER GRANTING STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |
| Co-operative Adjustment Bureau, Inc., | |
| Defendant. | |

For good cause shown, the Court hereby GRANTS the parties' Stipulation of Dismissal Without Prejudice.

It is hereby ORDERED, ADJUDGED, and DECREED that the above titled action is DISMISSED WITHOUT PREJUDICE each party to bear its own costs.

**IT IS SO ORDERED.**

Dated: 11/21/2011          /s/ John A. Mendez
                           **U.S. District Court Judge**

Proposed Order- 1

PDF created with pdfFactory trial version www.pdffactory.com